# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00240-CV

**Michael McDermott, Appellant**

**v.**

**The State of Texas; Eduardo Espinosa, Temporary Receiver of Retirement Value, LLC; and Donald Taylor, Temporary Receiver of Hill Country Funding, LLC, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GV-10-000454, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Michael McDermott has notified this Court that he no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss this appeal with prejudice. McDermott's counsel states that he has conferred with counsel for the State of Texas, Retirement Value's receiver, and Hill Country Funding's receiver, who do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   March 6, 2013